**United States Bankruptcy Court**
**District of Maine**

In re: Cashmere Estates Windham, LLC

Case No. 26-
Chapter 11

## STATEMENT ABOUT FINANCIAL DOCUMENTS

I, Adam Mack, an Agent and Manager for Cashmere Estates Windham, LLC hereby Certify and declare under penalty of perjury that the following is true and correct:

1. I have reviewed the requirements of 11 U.S.C. § 1116(1) A &B regarding the filing of financial statements in a small business case.
2. I certify that no balance sheet, statement of operations, or cash flow statement has been prepared for the debtor.

Singed on November 16, 2026

____________________________.
Adam Mack
Agent, Cashmere Estates Windham, LLC